## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

----------------------------------------------------------- X

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, | 3:09-md-02100-DRH-PMF |
| SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | MDL No. 2100 |

-----------------------------------------------------------

**This document relates to:**

*Sonja Curry v. Bayer Schering Pharam AG*        No.: 3:10-cv-11306-DRH-PMF

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**  This matter is before the court  for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulation of dismissal  filed on December 19, 2011, the above case is  **DISMISSED** with prejudice. Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**


**BY:**_____**/s/***Sandy Pannier*_____
        **Deputy Clerk**

Dated: December 20, 2011

David R. Herndon
2011.12.20
10:51:20 -06'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**